MICHAEL DOLOBACS, Respondent, *v.* RITER CONLEY MANU-FACTURING COMPANY, Appellant.

*Dolobacs* v. *Riter-Conley Mfg. Co.*, 120 App. Div. 886, affirmed.
(Argued October 7, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 24, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Rutherford B. Meyer* and *Eugene Lamb Richards, Jr.,* for appellant.

*Thomas F. Curran* and *John F. Brennan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

JULIA METTLER et al., Respondents, *v.* FREDERICK W. WUNDERLICH, Appellant.

*Mettler* v. *Wunderlich*, 120 App. Div. 888, affirmed.
(Submitted October 7, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1907, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee in an action to recover for labor and materials furnished.

*Rolland Read Rasquin* for appellant.

*Edwin Blumenstiel* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.